SRM

**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Michael Gascon,**<br>Plaintiff<br>-vs-<br>**Joseph Arpaio,**<br>Defendant(s) | CV-05-3944-PHX-SMM (JI)<br><br>**ORDER** |

Mail from the Court to Plaintiff has been returned undeliverable, indicating that Plaintiff has been released (#5). In the Notice of Assignment issued December 6, 2005 (#2), Plaintiff was advised that he was in jeopardy of a dismissal if he failed to file a Notice of Change of Address. In the service Order issued May 18, 2006, Plaintiff was further warned that "Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure." (#3 at 5.) Plaintiff has not filed a notice of change of address as required. An order to show cause why this action should not be dismissed for failure to prosecute would be futile, because it "would only find itself taking a round trip tour through the United States mail." *Carey v. King,* 856 F.2d 1439, 1441 (9th Cir.1988).

**IT IS THEREFORE ORDERED** withdrawing the reference to the magistrate judge of this case.

**IT IS FURTHER ORDERED** that the Complaint (# 1) and this case are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk of the Court shall enter judgment accordingly.

DATED this 15th day of June, 2006.

Stephen M. McNamee
United States District Judge

- 1 -